# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:08-CR-00613-HEA |
| JAMES D. BREWER, | ) ) ) | |
| Defendant. | ) | |

# ORDER

On March 4, 2022, this matter came before the undersigned for an Initial Appearance, Preliminary Revocation Hearing, and Detention Hearing. At the hearings, Defendant informed the Court that he understood that he has been charged with violating the terms of supervised release in a petition filed in this court and that he has a right to a preliminary hearing under Fed. R. Crim. P. 32.1. The Defendant voiced his understanding and elected to waive his right to a preliminary hearing. The Court then informed the Defendant of his right to a detention hearing. After discussion with his lawyer, the Defendant elected to waive his right to a detention hearing. The Court then informed the Defendant that he would be detained until his final supervised release revocation hearing, and the Defendant voiced his understanding.

Based on the record made in open court, the undersigned finds that defendant's waiver of a detention hearing is knowing, intelligent and voluntary. I further find that, based on the record made in open court, there is probable cause to believe Defendant violated the terms of Probation or Supervised Release.

The undersigned has considered the Report of the Pretrial Services Office and all of the factors required to be considered by 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. P. 32.1(a)(6) and

finds that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

ACCORDINGLY,

**IT IS HEREBY ORDERED** that the defendant be detained pending final revocation hearing in the District Court before the Honorable Henry E. Autrey, which will be set at a later date by separate order.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of March, 2022.